NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-17-0000857
12-JUN-2018
09:24 AM

NO. CAAP-17-0000857

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

GD, Plaintiff-Appellant/Cross-Appellee,
v.
SR, Defendant-Appellee/Cross-Appellant.

APPEAL FROM THE FAMILY COURT OF THE SECOND CIRCUIT
(UCCJEA NO. 14-1-0002)

ORDER DISMISSING APPEAL
(By: Ginoza, Chief Judge, Leonard and Reifurth, JJ.)

Upon review of the record, it appears that:

(1) On December 1, 2017, Plaintiff-Appellant/Cross-Appellee GD (GD), pro se, filed a notice of appeal;

(2) On January 22, 2018, the Clerk of the Family Court of the Second Circuit filed the record on appeal, and the appellate clerk notified the parties that the statement of jurisdiction and opening brief were due on or before February 1, 2018, and March 5, 2018, respectively;

(3) GD did not file either document or request an extension of time;

(4) On March 12, 2018, the appellate clerk notified GD that the time for filing the statement of jurisdiction and opening brief had expired, the matter would be called to the court's attention on March 22, 2018, for appropriate action, which could include dismissal of the appeal, pursuant to Hawai'i Rules of Appellate Procedure (HRAP) Rules 12.1(e) and 30, and GD may request relief from default by motion; and

(5) On May 24, 2018, GD filed a "Motion to Dismiss His Appeal From the Order on [SC's] Motion for Post-Decree Relief Filed 11/24/17," where GD seeks to dismiss the appeal without prejudice, pursuant to HRAP Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed for failure to file the statement of jurisdiction and opening brief, pursuant to HRAP Rules 12.1(e) and 30.

IT IS FURTHER ORDERED that all pending motions are dismissed.

DATED: Honolulu, Hawaiʻi, **June 12, 2018.**

Chief Judge

Associate Judge

Associate Judge